1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOCK MCNEELY,

11            Petitioner,                    No. CIV S-10-0728 JAM KJM P

12        vs.

13   GARY SWARTHOUT, Warden,

14            Respondent.                    <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On August 6, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Petitioner has filed objections to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed August 6, 2010, are adopted in full;

3 and

4        2.  Petitioner's motion to amend or alter the judgment (Docket No. 14) is denied.

5

6 DATED: September 29, 2010.

7

8                            /s/ John A. Mendez
                               UNITED STATES DISTRICT JUDGE

9 /mcne0728.804.hc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26