1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOCK McNEELY,

11           Petitioner,              No. CIV S-10-0728 JAM KJM P

12      vs.

13   GARY SWARTHOUT, Warden,

14           Respondent.          <u>AMENDED</u> <u>ORDER</u>

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19           On August 6, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Petitioner has filed objections to the findings and recommendations and has filed an additional

23   pleading he has titled "Affirmative Defense."

24           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

26   entire file including petitioner's September 17, 2010 filing called "Affirmative Defense," the

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 6, 2010, are adopted in full; and

2.  Petitioner's motion to amend or alter the judgment (Docket No. 14) is denied.

DATED:   September 29, 2010.

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

mcne0728.805